No. 405. LOUIS HOROWITZ AND S. ABRAMSON *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit

denied. *Mr. Henry A. Behrendt* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.